UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LOCAL 348 HEALTH & WELFARE FUND,
By Its Trustees, ANTHONY FAZIO,
JOSE MERCED, MARTIN GRINGER and
ISIDORE HANDLER; LOCAL 348 PENSION
FUND, By Its Trustees, JOHN FAZIO and
ISIDORE HANDLER, and LOCAL 348-S,
UNITED FOOD & COMMERCIAL
WORKERS UNION, AFL-CIO,

           Plaintiffs,

- against -

MILMAR FOOD GROUP, LLC and
MARTIN HOFFMAN,

           Defendants.

------------------------------------------------------------X

REFERRAL TO
MAGISTRATE JUDGE

05 CV 3459(ARR)

ROSS, U.S.D.J.:

Plaintiff's motion for entry of default judgment against defendants Milmar Food Group, LLC and Martin Hoffman, is respectfully referred to Judge Azrack to conduct a damages inquest and issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

SO ORDERED:

Dated: Brooklyn, New York
       January 25, 2006

                                      Allyne R. Ross
                                      United States District Judge

Mailing List

James J. Murray, Esq.
O'Connor & Mangan, P.C.
271 North Avenue
Suite 610
New Rochelle, NY 10801


Martin Hoffman, Esq.
Milmar Food Corp, LLC
6 ½ Station Road, Building 1
Goshen, NY 10924


Magistrate Judge Azrack