UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 348 HEALTH & WEALTH FUN, by its
Trustees ANTHONY FAZIO, JOSE MERCED,
MARTIN GRINGER, and ISIDORE HANDLER;
LOCAL 348 PENSION FUND, by its Trustees, JOHN
FAZIO AND ISIDORE HANDLER, and
LOCAL 348-S, UNITED FOOD & COMMERCIAL
WORKERS UNION, AFL-CIO,

                      Plaintiffs,

-against-

MILMAR FOOD GROUP, LLC and MARTIN
HOFFMAN,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3459 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 19, 2006, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated March 24, 2006, after a <u>de novo</u> review of the record; granting plaintiff's motion for a default judgment; directing the Clerk of Court to enter judgment against the defendants, jointly and severally, in the amount of $301,215.87, this total reflects $219,960.00 in unpaid contributions, $24,600.62 in interest, $43,392.00 in liquidated damages, and $16,263.25 in attorney's fees; and denying plaintiff's request for injunctive relief; it is

JUDGMENT
05-CV- 3459 (ARR)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted after a de novo review of the record; that plaintiff's motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiff's, Local 348 Health & Welfare Fund, by its Trustees Anthony Fazio, Jose Merced, Martin Gringer, and Isidore Handler; Local 348 Pension Fund, by its Trustees, John Fazio and Isidore Handler, and Local 348-S, United Food & Commercial Workers Union, AFL-CIO, and against defendants, Milmar Food Group, LLC and Martin Hoffman, jointly and severally, in the amount of $301,215.87, this total amount reflects $216,960.00 in unpaid contributions, $24,600.62 in interest, 43,392.00 in liquidated damages, and $16,263.25 in attorney's fees; and that plaintiff's request for injunctive relief is denied.

Dated: Brooklyn, New York
April 21, 2006

ROBERT C. HEINEMANN
Clerk of Court